C-2008-303

NUMBER: _____ DIVISION A

33rd JUDICIAL DISTRICT COURT

PARISH OF ALLEN

JURY TRIAL REQUESTED

STATE OF LOUISIANA

RAINEY WALLACE
Plaintiff

VERSUS

THE GEO GROUP, INC. LT. TRAVIS WELDON,
LT. BRANDON LOFTEN, SGT. JOSHUA
MANUEL, and SGT. TREKUISEK LAWRENCE
Defendants

PETITION FOR DAMAGES

Plaintiff, Rainey Wallace, a state prisoner who at all pertinent times herein was incarcerated in Allen Parish Correctional Center at 3751 Lauderdale Woodyard Road, Kinder, Louisiana 70648 represents:

1.

This is a delictual action based on Louisiana tort law which incorporates remedies under federal law including but not limited to 42 U.S.C. § 1983 for violation of Federal Constitutional Rights.

2.

Plaintiff has exhausted administrative remedy procedures available to him at Allen Parish Correctional Center.

3.

Defendants are the GEO Group, Inc. (hereinafter GEO) a corporation organized under the law of Florida, Defendants Lt. Travis Weldon, Lt. Brandon Lofton, Sgt. Joshua Manuel and Sgt. Trekuisek Lawrence are residents of Allen Parish, Louisiana, who at all times were employees of GEO and are sued in their individual and official capacities.

4.

On July 10, 2007, Plaintiff was maliciously beaten by defendants, acting with malice who conspired to intentionally cause emotional distress to Plaintiff and to intentionally cause injuries to Plaintiff in the cause and scope of their employment while working as guards at Allen Correctional Center, a state owned facility being operated by GEO under a contract with the Louisiana Department of Public Safety and Correction.

5.

The conspiracy to cause injuries to Plaintiff is shown by the fact that individual Defendants either held Plaintiff while other Defendants beat Plaintiff or beat Plaintiff while being held by other Defendants in the presence of superior officers; on information and belief, the

1

individual Defendants were either terminated and/or disciplined by GEO because of their malicious acts.

6.

The beating Plaintiff received caused cuts, bruises and abrasions to his body including an injury to bony structure to his head which has resulted in loss of vision and hearing.  Defendant GEO's agents or employees acting in their individual and official capacities, negligently refused to treat Plaintiff's injuries which aggravated his injuries and resulted in additional pain and suffering.

7.

Individual defendants acted with malice in using unprovoked excessive physical force against the plaintiff and in sanctioning the beating by failing to intervene and prevent the malicious use of excessive force.  Said acts constituted cruel and unusual punishment in violation of the Plaintiff's Eighth Amendment rights of the United States Constitution.  Said malicious acts of all individual Defendants and other unknown employees of Defendant GEO constituted a tort under the law of Louisiana.

8.

Defendant, GEO is liable under Respondeat superior for the malicious acts of its employees who while acting in their official and individual capacities caused or contributed to the Plaintiff's injuries through malicious acts described herein;  Defendant GEO was also negligent in failing to properly test and train its employees to prevent malicious acts described herein.

WHEREFORE, plaintiff prays for judgment against Defendants Lt. Travis Weldon, Lt. Brandon Lofton, Sgt. Joshua Manuel, Sgt. Trekuisek Lawrence and the GEO Group, Inc. awarding reasonable compensatory damages and for judgment awarding reasonable punitive damages in addition to all cost and attorney fees allowed by law.

RESPECTFULLY SUBMITTED:

MAUGHAN LAW FIRM

ROY MAUGHAN   (#9059)
634 Connell's Park Lane
Baton Rouge, LA 70806
Tel:   (225) 926-8533
Fax:   (225) 926-8556

CHARLES A. JONES, III (#14404)
P.O. Box 995
DeRidder, Louisiana   70634-0995
Tel:  (337) 463-5532
Fax:  (337) 462-6356

2

PLEASE SERVE:

The GEO Group, Inc.
Through its Registered Agent
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA   70802-6129

Lt. Travis Weldon

Lt. Brandon Lofton

Sgt. Joshua Manuel

Sgt. Trekuisek Lawrence

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **RAINEY WALLACE** | : | **CIVIL ACTION NO.  2:08-cv-1030** |
| | : | |
| **VERSUS** | : | **JUDGE JAMES T. TRIMBLE, JR.** |
| | : | |
| **THE GEO GROUP, INC., ET AL** | : | **MAGISTRATE JUDGE KATHLEEN KAY** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ANSWER

NOW INTO COURT, through undersigned counsel, come defendants, The GEO Group, Inc.; Travis Weldon; and Joshua Manuel, who, in answer to the Petition filed by plaintiff, Rainey Wallace, respectfully represent:

I.

Plaintiff fails to state a claim or cause of action against these defendants for which relief may be granted.

II.

Defendants are entitled to immunity or qualified immunity for the claims advanced in these proceedings.

III.

Plaintiff has failed to exhaust the available administrative remedies.

IV.

Now answering the specific allegations contained in the Petition, defendants aver:

1.

The allegations contained in Paragraph One (1) of the Petition contain conclusions of law and, therefore, do not require an answer of these defendants.  However, should an answer be deemed necessary, the allegations are denied.

2.

The allegations contained in Paragraph Two (2) of the Petition are denied.

3.

The allegations contained in Paragraph Three (3) of the Petition are denied.  However,

defendants admit the corporate status of The GEO Group, Inc.

4.

The allegations contained in Paragraph Four (4) of the Petition are denied.

5.

The allegations contained in Paragraph Five (5) of the Petition are denied.

6.

The allegations contained in Paragraph Six (6) of the Petition are denied.

7.

The allegations contained in Paragraph Seven (7) of the Petition are denied.

8.

The allegations contained in Paragraph Eight (8) of the Petition are denied.

V.

Defendants aver that plaintiff was comparatively or contributorily negligent or at fault, such that plaintiff's claims are barred.  Alternatively, plaintiff's damages, if any, must be substantially reduced based upon plaintiff's actions.

VI.

Defendants aver that plaintiff's damages, if any, were the result of the fault of a third party for which these defendants are in no way responsible.

VII.

Defendants are entitled to certain limitations of liability and on damages as provided by law.

VIII.

Defendants aver that plaintiff has failed to mitigate his damages, if any.

IX.

Defendants assert that plaintiff is not entitled to punitive or exemplary damages.  In addition, punitive or exemplary damages in this matter are prohibited by the United States and Louisiana Constitutions.

X.

Defendants assert that any injuries or damages claimed by plaintiff were the result of preexisting conditions that were unrelated to any conduct of defendants.

XI.

Defendants deny that they are any other person or entity for whose conduct they might be liable acted negligently, unlawful or in any way caused or contributed to any damage, injury or loss to plaintiff.

XII.

Defendants are entitled to attorney's fees and costs, pursuant to 42 U.S.C. § 1988.

Wherefore, defendants pray that, after due proceedings are had, judgment be rendered in favor of defendants and against plaintiff, dismissing this matter with prejudice, at plaintiff's costs.


Respectfully Submitted,

**LOFTIN, CAIN, GABB & LEBLANC, L.L.C.**



  s/ Samuel B. Gabb
SAMUEL B. GABB, 22378
113 South Ryan Street
Lake Charles, LA 70601
(337) 310-4300

Attorneys for The GEO Group, Inc., Travis Weldon and Joshua Manuel

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008 a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

  s/ Samuel B. Gabb
SAMUEL B. GABB

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| RAINEY WALLACE | : | CIVIL ACTION **NO. 2:08CV1030** |
| VERSUS | : | JUDGE JAMES T. TRIMBLE |
| THE GEO GROUP, INC., ET AL | : | MAGISTRATE KATHLEEN KAY |

*************************************************************

## ANSWER

NOW INTO COURT, through undersigned counsel, comes BRANDON LOFTIN, who, in answer to the petition filed by plaintiff, RAINEY WALLACE, denies each and every allegation contained therein, except those which are hereinafter specifically admitted. Further answering the several allegations of the petition for damages, your appearing defendant, BRANDON LOFTIN, respectfully represents:

I.

Plaintiff fails to state a claim or cause of action against this defendant for which relief may be granted.

II.

Defendant is entitled to immunity or qualified immunity for the clams advanced in this proceeding.

III.

Plaintiff has failed to exhaust the available administrative remedies.

IV.

Now answering the specific allegations contained in the petition, your appearing defendant avers as follows:

1.

The allegations contained in paragraph 1 of the petition contain conclusions of law and, therefore, do not require an answer of this defendant. However, should an answer be deemed necessary, the allegations are denied.

2.

Denied.

3.

Except to admit that Brandon Loftin has been named as a defendant herein, the allegations of paragraph 3 are denied.

4.

Denied.

5.

Denied.

6.

Denied.

7.

Denied.

8.

Denied.

V.

It is affirmatively averred that plaintiff was comparatively or contributorily negligent or at fault, such that plaintiff's claims are barred. Alternatively, plaintiff's damages, if any, must be substantially reduced based upon plaintiff's actions, which constitute comparative or contributory negligence or fault.

VI.

Appearer avers that plaintiff's damages, if any, were the result of the fault of a third party for whom this defendant is in no way responsible.

VII.

Your appearing defendant is entitled to certain limitations of liability and on damages as provided by law.

VIII.

Your appearing defendant further avers that should discovery so reveal, it is affirmatively alleged that the plaintiff has failed to mitigate his damages.

IX.

Your appearing defendant asserts that plaintiff is not entitled to punitive or exemplary damages.  In addition, punitive or exemplary damages in this matter are prohibited by the United States and Louisiana Constitutions.

X.

Your appearing defendant asserts that any injuries or damages claimed by plaintiff were the result of pre-existing conditions that were unrelated to any conduct of this defendant.

XI.

Should discovery so reveal, your appearing defendant is entitled to attorney fees and costs, pursuant to 42 U.S.C. § 1988.

WHEREFORE, your appearing prays that, after due proceedings are had, judgment be rendered in favor of BRANDON LOFTIN, and against plaintiff, RAINEY WALLACE, dismissing this matter, with prejudice, at plaintiff's costs.

Respectfully Submitted,

PLAUCHE, SMITH & NEISET

s/ Joseph R. Pousson, Jr.
JOSEPH R. POUSSON, JR., #22598
123 Pithon Street
P. O. Drawer 1705
Lake Charles, Louisiana 70602-1705
(337) 436-0522

Attorneys for Brandon Loftin

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been forwarded to all counsel of record by depositing a copy of the same in the United States mail, postage prepaid and properly addressed.

Lake Charles, Louisiana, this 28th day of **JULY, 2008.**

<div style="margin-left:40%">

s/ Joseph R. Pousson, Jr.
**JOSEPH R. POUSSON, JR.**

</div>

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RAINEY WALLACE | : | CIVIL ACTION NO. 2:08-cv-1030 |
| | : | |
| VERSUS | : | JUDGE JAMES T. TRIMBLE, JR. |
| | : | |
| THE GEO GROUP, INC. , ET AL | : | MAGISTRATE JUDGE KATHLEEN KAY |

## FIRST AMENDING COMPLAINT

Plaintiff, Rainey Wallace, a state prisoner who at all pertinent times herein was incarcerated in Allen Parish Correctional Center at 3751 Lauderdale Woodyard Road, Kinder, Louisiana 70648 represents:

1.

This is a delictual action based on Louisiana tort law in which the plaintiff seeks all remedies allowed by Louisiana Law including the Constitution of the State of Louisiana.

2.

Plaintiff has exhausted administrative remedy procedures available to him at Allen Parish Correctional Center.

3.

Defendants are the GEO Group, Inc. (hereinafter GEO) a corporation organized under the law of Florida and Lt. Travis Weldon, Lt. Brandon Lofton, Sgt. Joshua Manuel and Sgt. Trekuisek Lawrence who are residents of Allen Parish, Louisiana who at all times were employees of GEO who are sued in their individual and official capacities.

4.

On July 10, 2007, Plaintiff was maliciously beaten by defendants acting with malice who

conspired to intentionally cause emotional distress and physical injuries to Plaintiff while working in the course and scope of their employment as security personnel at Allen Correctional Center, a state owned facility being operated by GEO under a contract with the Louisiana Department of Public Safety and Corrections.

5.

The conspiracy to injure Plaintiff is shown by facts that show individual Defendants either held Plaintiff while other Defendants beat Plaintiff or beat Plaintiff while being held by other Defendants in the presence of superior officers; on information and belief, the individual Defendants were either terminated and/or disciplined by GEO because of their intentional malicious intent to unjustly cause injury to plaintiff by taking turns in beating him.

6.

The beating Plaintiff received inflicted cuts, bruises and abrasions to his body including injuries to bony structure to his head which has resulted in loss of vision and hearing. Defendant GEO's agents or employees acting in their individual and official capacities, negligently refused to treat Plaintiff's injuries which aggravated his injuries and resulted in additional pain and suffering.

7.

Individual defendants acted with malice in using unprovoked excessive physical force against the plaintiff and in sanctioning the beating by failing to intervene and prevent the malicious use of excessive force. Said acts constituted cruel and unusual punishment in violation of the Plaintiff's rights granted by law including the Constitution of the State of Louisiana.

8.

Defendant, GEO is liable under Respondeat superior for the intentional malicious acts of its employees who while acting in their official and individual capacities caused or contributed to

2

the Plaintiff's injuries described herein; the liability of GEO for plaintiff's damages is also based on its negligent failure to property test and train its employees to prevent malicious acts described herein and its negligent failure to discipline its employees when it knew or should have known that there was a pattern of physical abuse to prisoners by its employees.

WHEREFORE, plaintiff prays for judgment against Defendants Lt. Travis Weldon, Lt. Brandon Lofton, Sgt. Joshua Manuel, Sgt. Trekuisek Lawrence and the GEO Group, Inc. awarding all compensatory damages allowed by law and for judgment awarding punitive damages as allowed by law in addition to attorney fees and all cost allowed by law.

RESPECTFULLY SUBMITTED:

MAUGHAN LAW FIRM

Of Counsel:
CHARLES A. JONES, III (#14404)
P.O. Box 995
DeRidder, Louisiana   70634-0995
Tel:   (337) 463-5532
Fax:   (337) 462-6356

ROY MAUGHAN     (#9059)
634 Connell's Park Lane
Baton Rouge, LA 70806
Tel:   (225) 926-8533
Fax:   (225) 926-8556
rmaughansr@maughanlaw.com

3

## CERTIFICATE OF SERVICE

I hereby certify that on the ___th day of March, 2009, I have mailed a copy of the foregoing

**First Amending Complaint** being filed on behalf of Rainey Wallace, to the following:


Samuel B. Gabb
Loftin, Cain, Gabb & LeBlanc, L.L.C.
113 South Ryan Street
Lake Charles, Louisiana   70601



_____
ROY MAUGHAN

4

RAINEY WALLACE
**Plaintiff**

NUMBER:C2008-303 DIV:A

33rd JUDICIAL DISTRICT COURT

VERSUS

PARISH OF ALLEN

THE GEO GROUP, INC., LT. TRAVIS WELDON,
LT. BRANDON LOFTIN, SGT. JOSHUA
MANUEL
**Defendants**

JURY TRIAL REQUESTED

STATE OF LOUISIANA

## AMENDING AND SUPPLEMENTAL PETITION FOR DAMAGES

Plaintiff, Rainey Wallace, a state prisoner who at all pertinent times herein was incarcerated in the Allen Parish Correctional Center located in Allen Parish, Louisiana represents:

1.

Made defendant herein is Sgt. Trekuisek Lawrence, a named defendant in the original petition who was dismissed without prejudice because she could not be located. It is further alleged Sgt. Trekuisek Lawrence is liable in solido with other defendants in this pending action.

2.

Plaintiff has exhausted available administrative remedy procedures.

3.

Defendants are the GEO Group, Inc. (hereinafter GEO) a corporation organized under the law of Florida and Lt. Travis Weldon, Lt. Brandon Loftin, Sgt. Joshua Manuel, and Sgt. Trekuisek Lawrence who, at all pertinent times were employees of GEO and who are sued in their individual and official capacities.

4.

On July 10, 2007, Plaintiff was maliciously beaten by defendants, acting with malice who conspired to intentionally cause emotional distress and injuries to Plaintiff while in the course and scope of their employment as guards at Allen Correctional Center, a state owned facility being operated by GEO under a contract with the Louisiana Department of Public Safety and Correction.

5.

The conspiracy to injure Plaintiff is shown by the fact that individual Defendants either held Plaintiff while other Defendants beat Plaintiff or beat Plaintiff while being held by other Defendants in the presence of superior officers; on information and belief, the individual Defendants were either terminated and/or disciplined by GEO because of their malicious acts.

A TRUE & CORRECT COPY OF
ORIGINAL FILED: OCT 0 5 2012
OBERLIN, LA. OCT 0 5 2012
_____
Deputy Clerk of Court
ALLEN PARISH, LA.

1

6.

Defendant's beating of plaintiff caused cuts, bruises and abrasions to his body including an injury to bony structure to his head which has resulted in loss of vision and hearing.   Defendant GEO's agents, or employees acting in their individual and official capacities, negligently refused to treat Plaintiff's injuries which aggravated his injuries and resulted in additional pain and suffering.

7.

Individual defendants and other GEO employees acted with malice in using unprovoked excessive physical force against plaintiff and in sanctioning the beating by failing to intervene and prevent the continuous malicious use of excessive force.   Said acts constituted cruel and unusual punishment in violation of the Plaintiff's Eighth Amendment rights of the United States Constitution.   Said malicious acts of all individual Defendants and other unknown employees of Defendant GEO constituted a tort under the law of Louisiana.

8.

Defendant, GEO is liable under Respondeat superior for the malicious acts of its employees who while acting in their official and individual capacities caused or contributed to the Plaintiff's injuries through malicious acts described herein;   Defendant GEO was also negligent in failing to properly test and train its employees to prevent the malicious acts described herein.

WHEREFORE, plaintiff prays for judgment against Defendants Lt. Travis Weldon, Lt. Brandon Loftin, Sgt. Joshua Manuel, Sgt. Trekuisek Lawrence and the GEO Group, Inc. awarding reasonable compensatory damages and for judgment awarding reasonable punitive damages in addition to all cost and attorney fees allowed by law.

RESPECTFULLY SUBMITTED:

MAUGHAN LAW FIRM

ROY MAUGHAN   (#9059)
634 Connell's Park Lane
Baton Rouge, LA 70806
Tel:   (225) 926-8533
Fax:   (225) 926-8556

CHARLES A. JONES, III (#14404)
P.O. Box 995
DeRidder, Louisiana   70634-0995
Tel:   (337) 463-5532
Fax:   (337) 462-6356

2